# United States Court of Appeals

## For the Eighth Circuit

_____

No. 18-1349

_____

United States of America

*Plaintiff - Appellee*

v.

Ricky Allen Smith

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Harrison

_____

Submitted: September 4, 2018
Filed: September 5, 2018
[Unpublished]

_____

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

In this direct criminal appeal, Ricky Smith challenges the sentence the district court[1] imposed after he pleaded guilty to drug charges. His counsel has moved to

_____

[1] The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.

withdraw and submitted a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence was substantively unreasonable.

After careful review, we conclude that the district court did not impose an unreasonable sentence, as there was no indication that it overlooked a relevant 18 U.S.C. § 3553 factor, or committed a clear error of judgment in weighing relevant factors, <u>see</u> <u>United States v. David</u>, 682 F.3d 1074, 1077 (8th Cir. 2012) (standard of review); <u>United States v. Wohlman</u>, 651 F.3d 878, 887 (8th Cir. 2011); and the sentence was within the Guidelines range, <u>see</u> <u>United States v. Callaway</u>, 762 F.3d 754, 760 (8th Cir. 2014). Having independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and affirm.

_____